UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SAMUEL F VALDEZ,<br><br>                    Plaintiff,<br><br>        v.<br><br>DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>                    Defendants. | CASE NO. C20-5189-BHS-TLF<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge.  Dkt. 21.  The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)   The R&R is **ADOPTED**;

(2)   Plaintiff's motion for preliminary injunction, Dkt. 15, is **DENIED**; and

(3)   This matter is re-referred to Judge Fricke for further proceedings.

Dated this 26th day of August, 2020.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER - 1